# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAYELA F. HESS, | Case No. 2:17-cv-01894-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 22) |
| NATIONSTAR MORTGAGE, LLC, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 22. The Court **ORDERS** Plaintiff and Defendant Equifax Information Services, LLC to file a stipulation of dismissal no later than December 26, 2017.

IT IS SO ORDERED.

DATED: October 27, 2017

_____
Nancy J. Koppe
United States Magistrate Judge