David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAYELA F. HESS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC; J.P. MORGAN CHASE BANK, N.A.; and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-01894-JCM-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSALS WITH PREJUDICE** |

//
//
//
//
//
//

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mayela F. Hess and Defendants Equifax Information Services, LLC ("Equifax") and Nationstar Mortgage, LLC ("Nationstar"), by and through their respective counsel of record, hereby stipulate and agree to dismiss Plaintiff's claims against both Defendants Nationstar and Equifax with prejudice. Each party shall bear its own fees and costs.

| Dated: December 19, 2017. | Dated: December 19, 2017. |
|---|---|
| **PAYNE LAW FIRM LLC** | **SNELL & WILMER LLP** |
| /s/ Sean N. Payne <br> Sean N. Payne, Esq. <br> Nevada Bar No. 13216 <br> 9550 S. Eastern Ave., Suite 253-A213 <br> Las Vegas, NV 89123 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorneys for Plaintiff* | /s/ Bradley T. Austin <br> Bradley T. Austin <br> Nevada Bar No. 13064 <br> SNELL & WILMER LLP <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br><br> *Attorneys for Defendant Equifax Information Services, LLC* |
| | Dated: December 19, 2017. |
| | **AKERMAN LLP** |
| | /s/ Tenesa S. Scaturro <br> Tenesa S. Scaturro, Esq. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Defendant Nationstar Mortgage LLC* |

**ORDER**

IT IS SO ORDERED.

DATED: December 27, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE